# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Dubina, Joel F. | **2. Court or Organization**<br><br>U.S. Court of Appeals/11th Cir | **3. Date of Report**<br><br>05/14/2012 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge -- Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>1/1/2011<br>to<br>12/31/2011 |
| **7. Chambers or Office Address**<br><br>Post Office Box 867<br>Montgomery, AL 36101-0867 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | Investments Unlimited, a limited liability corp. ("LLC") |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I. [ ] | | | | | | | | | |
| 2. COMMON STOCKS | | | | | | | | | |
| 3. Insignia Fini Group Inc. | A | Dividend | J | T | | | | | |
| 4. Torchmark Corp | A | Dividend | K | T | | | | | |
| 5. U. S. Shelter Corp. Del | A | Dividend | J | T | | | | | |
| 6. Money Market Funds [ ] Sterne, Agee & Leach | A | Interest | J | T | | | | | |
| 7. 12.5% interest Investments Unlimited, an L.L.C. | D | Rent | P1 | W | | | | | See Section VIII. |
| 8. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 9. II. TRUSTS ASSETS #1 | | | | | | | | | |
| 10. Money Market Funds [ ] Sterne, Agee & Leach | A | Interest | K | T | | | | | |
| 11. University AL Huntsville (X) | B | Interest | L | T | | | | | |
| 12. Montgomery AL Tax CPN | B | Interest | L | T | | | | | |
| 13. General Electric | B | Dividend | K | T | | | | | |
| 14. Torchmark Corp. | B | Dividend | M | T | | | | | |
| 15. River Bank and Trust (X) | | None | K | T | | | | | |
| 16. Huntsville, AL Warrants Series A | B | Interest | L | T | | | | | |
| 17. Irondale, AL Wts - Ser. D Ins. XLCA 4% | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intermediate Mun. Tr Sh Ben. Int. | C | Dividend | M | T | | | | | |
| 19. Opp, AL Wts FSA B/E Cpn | B | Interest | L | T | | | | | |
| 20. U.S. Treasury Bond 5/375% | C | Interest | L | T | | | | | |
| 21. U.S. Treasury Bond 7.25% | C | Interest | L | T | | | | | |
| 22. Altria Group Inc. | B | Dividend | K | T | | | | | |
| 23. John Hancock Flexible Prem. Life Ins. | | None | L | U | | | | | |
| 24. Adobe Systems | | None | K | T | | | | | |
| 25. Freeport McMoran | A | Dividend | J | T | | | | | |
| 26. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 27. Novartis A G | A | Dividend | J | T | | | | | |
| 28. Priceline Com | | None | K | T | | | | | |
| 29. Select Sector SPDR TR SBI FINANCIAL | | None | | | Sold | 05/11/10 | J | | all sold in 2010 |
| 30. IShares Trust S&P | B | Dividend | K | T | | | | | |
| 31. Protective Life Corp. | A | Dividend | K | T | | | | | |
| 32. Equity Residential PPTYS | A | Dividend | K | T | | | | | |
| 33. Rent-A-Center | A | Dividend | K | T | | | | | |
| 34. Toronto Dominion Bank | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Gartner, Inc. | | None | J | T | | | | | |
| 36. Google, Inc. | | None | J | T | | | | | |
| 37. Mosaic Company | A | Dividend | J | T | | | | | |
| 38. JP Morgan USD Emerging MRKTS Bond | A | Dividend | J | T | | | | | |
| 39. Apple Computer, Inc. | | None | J | T | | | | | |
| 40. Amazon.Com, Inc. | | None | J | T | | | | | |
| 41. Communications HLDGS | A | Dividend | J | T | | | | | |
| 42. Emerson Electric Co. | A | Dividend | K | T | | | | | |
| 43. IShares GSCI Commodity Index | A | Dividend | J | T | | | | | |
| 44. IShares DJ Sel | A | Dividend | J | T | | | | | |
| 45. ▮▮▮▮▮▮ ▮▮▮ | | | | | | | | | |
| 46. Money Market Funds ▮▮ Sterne, Agee | A | Interest | J | T | | | | | |
| 47. Torchmark Corp. | C | Dividend | N | T | Sold (part) | 6/29/11 | K | E | |
| 48. 56 TMK, United Inc. | A | Dividend | J | T | | | | | |
| 49. 12.5% interest Investments Unlimited, as L.L.C. | D | Rent | P1 | W | | | | | See Section VIII |
| 50. 12.5% interest in house, Ada, AL | | None | L | W | | | | | |
| 51. Hancey Mill Road Farm, L.L.C. | | None | M | R | | | | | See Section VIII |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. General Electric Com. | A | Dividend | J | T | | | | | |
| 53. Fairhope, AL Utilities | A | Interest | J | T | | | | | |
| 54. Tuscaloosa, AL Warrant FSA B/E | A | Interest | K | T | | | | | |
| 55. Waddell & Reed | A | Dividend | J | T | | | | | |
| 56. Direxion Daily Financial Bear 3 Xshares | | None | | | | | | | all sold in 2009 |
| 57. Proshares Trust Powershares Ultrashort Real Estate | | None | J | T | | | | | |
| 58. Pimco FDS Total Retu FD CLA | A | Dividend | J | T | | | | | |
| 59. Powershares GloBale Trust Aggregate PFD Portfolio | A | Dividend | J | T | | | | | |
| 60. Birmingham, AL Spl CR FAC Fing Ath Children's Hospital | B | Interest | K | T | | | | | |
| 61. Southern Company | B | Dividend | K | T | | | | | |
| 62. Conoco Phillips | A | Dividend | | | Sold | 05/05/11 | J | C | |
| 63. Huntsville AL RFDG & Cap Improvements WTS Ser A | A | Interest | K | T | | | | | |
| 64. Frontline Limited | | None | | | Sold | 01/28/11 | J | | |
| 65. Allergan Inc (X) | | None | J | T | | | | | See Section VIII for |
| 66. Altria Group (X) | | None | K | T | | | | | lines 65-93 |
| 67. American Express COMRMT (X) | | None | J | T | | | | | |
| 68. Apple Inc. RMT (X) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BCE INC NEW RMT (X) | | None | K | T | | | | | |
| 70. BP PRUDHOE BAY ROYALALMT TRUST (X) | | None | K | T | | | | | |
| 71. BAIDU INC RMT (X) | | None | J | T | | | | | |
| 72. BRUKER CORP. RMT (X) | | None | J | T | | | | | |
| 73. CELGENE CORP (X) | | None | J | T | | | | | |
| 74. Companhia De Bebidasrmt Das Amers Ambev Spons (X) | | None | J | T | | | | | |
| 75. Darden Restaurants IRMT (X) | | None | J | T | | | | | |
| 76. Du Pont E.I.De Nemourmt & Co. (X) | | None | J | T | | | | | |
| 77. Express Scripts Inc. RMT (X) | | None | J | T | | | | | |
| 78. Gartner Inc. RMT (X) | | None | J | T | | | | | |
| 79. Genuine Parts Companrmt (X) | | None | J | T | | | | | |
| 80. ISHARES Silver Trustrmt (X) | | None | J | T | | | | | |
| 81. ISHARES Trust RMT S & P US PFD Stock Index Fund (X) | | None | J | T | | | | | |
| 82. MICROS Systems Inc RMT (X) | | None | J | T | | | | | |
| 83. Microchip Technology RMT (X) | | None | J | T | | | | | |
| 84. Nike Inc Class B RMT (X) | | None | J | T | | | | | |
| 85. Novartis AG RMT Sponsored ADR (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Praxair Inc. RMT (X) | | None | J | T | | | | | |
| 87. Priceline com Inc. Nermt (X) | | None | J | T | | | | | |
| 88. Sally Beauty Holdingrmt Inc. (X) | | None | K | T | | | | | |
| 89. SPDR Gold Trust RMT Gold Shares (X) | | None | K | T | | | | | |
| 90. TJX Companies Inc. NERMT (X) | | None | K | T | | | | | |
| 91. WD 40 Company RMT (X) | | None | J | T | | | | | |
| 92. Torchmark Corp RMT (X) | | None | N | T | | | | | |
| 93. River Bank & Trust RMT (X) | | None | K | T | | | | | |
| 94. Birmingham Baptist Al. MD Ctr Spl Cure Fac. 6.125 cpu 5.875 | B | Interest | K | T | Buy | 03/23/11 | K | | |
| 95. Conoco Phillips | | None | J | T | Buy | 08/30/11 | J | | |
| 96. Dell, Inc. | | None | | | Buy | 01/28/11 | J | | |
| 97. | | | | | Sold | 07/18/11 | J | B | |
| 98. Hewlett-Packard Co. | A | Dividend | | | Buy | 04/20/11 | J | | |
| 99. | | | | | Sold | 06/16/11 | J | | |
| 100. Jos. A. Banks Clothiers Inc. | | None | J | T | Buy | 03/31/11 | J | | |
| 101. | | | | | Buy | 06/10/11 | J | | |
| 102. Linn Energy LLC Unit | | None | J | T | Buy | 08/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dubina, Joel F. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Madison cnty AL Brd Ed Cap OID96.801 4.7% CPN 4.500% | | None | K | T | Buy | 09/16/11 | K | | |
| 104. Reynolds American Inc. | A | Dividend | J | T | Buy | 04/21/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. Investments & Trusts.

No. 8 & 61. Property located in Montgomery County, AL; Walton County, FL; Lowndes County, AL

No. 63. Effective December 31, 2007, I gifted my interest in land in Montgomery County, equally to [                    ] I formed an L.L.C. named "Hancey Mill Road Farm, L.L.C." My 50% interest in the land was deeded into Hancey Mill Road Farm, L.L.C. and then gifted to my [                    ] in equal shares. The total value of this property at the time it gifted was $790,000 to be equally shared by the 4. I filed a gift tax return showing this transfer on 4/15/08.

No. 65 through 93: These assets were inherited from [            ] on December 31, 2011, which is why there is no income reported on any of these investments for 2011. Next year, income will be reported on the 2012 Financial Disclosre Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel F. Dubina**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544